360 A.2d 649
Commonwealth, Appellant, v. Bradley.

Ar-
gued June 17, 1976. Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellant; Michael A. Klimpl, Assistant Public Defender, with him Martin J. King, Public Defender, for appellee.

Order affirmed.

360 A.2d 627
Commonwealth v. Braxton, Appellant.

Argued June 21, 1976. Edward T. Feierstein, for appellant; John M. DiDonato, Assistant District Attorney, with him Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.